IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARL G. THYMES,

    Plaintiff,

vs.                                      Civ. No. 16-0066 KG/WPL

VERIZON WIRELESS, INC. and
CARLOS RESTREPO, *et al.*,

    Defendants.

<u>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION</u>

    This matter comes before the Court upon Plaintiff's Ex Parte Motion to Stop Civil Harassment at Work and Work Place Conspiracy (Motion for Temporary Restraining Order), filed May 6, 2016.  (Doc. 25).  The Court finds no grounds for this motion to be filed Ex Parte, and, therefore, dismisses the motion without prejudice to refiling and full briefing as provided under the local rules and Federal Rules of Civil Procedure.

    IT IS, THEREFORE, ORDERED that Plaintiff's Motion for a Temporary Restraining Order (Doc. 25) is DENIED without prejudice.

                                                                           UNITED STATES DISTRICT JUDGE