IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARL G. THYMES,

      Plaintiff,

v.                                                CV 16-66 KG/WPL

VERIZON WIRELESS, INC., and
CARLOS RESTREPO,

      Defendants.

**ORDER DENYING MOTION FOR CHANGE OF VENUE**

Plaintiff Carl Thymes brought an unopposed motion to change venue pursuant to 28 U.S.C. § 1404(a). (Doc. 28.) Thymes seek a change in "venue" from Las Cruces, in the District of New Mexico, to Albuquerque, also in the District of New Mexico. The State of New Mexico comprises only one federal district. Accordingly, the change sought by Thymes is not properly recognized as a change in venue, but is a matter of trial management. Thymes may raise his request—that trial be held in Albuquerque instead of Las Cruces—with the presiding judge. Accordingly, the motion is denied.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.