IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARL G. THYMES,

    Plaintiff,

v.                                      CV 16-66 KG/WPL

VERIZON WIRELESS, INC., and
CARLOS RESTREPO,

    Defendants.

## ORDER SETTING IN-PERSON HEARING

This matter is before me on several motions: 1) Motion to Compel Request for First of Interrogatories (Doc. 80); 2) Motion to Compel Request for Production of Documents (Doc. 81); 3) Motion to Compel Request for Admissions (Doc. 82); and 4) Notice of Motion and Motion for More Request for Admissions by Plaintiff Federal Civ. P. Rule 36 (Doc. 84). Having reviewed the briefing, I find that it would be beneficial to hold an in-person hearing on these matters.

Pro se Plaintiff Carl Thymes and defense counsel shall appear in person for a hearing on **February 6, 2017, at 8:30 a.m.** in the **Hondo Courtroom** of the Pete V. Domenici United States Courthouse, **333 Lomas Blvd. N.W., Albuquerque, New Mexico.**

IT IS SO ORDERED.

                                                                                       _____
                                                                                      William P. Lynch
                                                                                      United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.