IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARL G. THYMES,

      Plaintiff,

v.                                                                    CV 16-66 KG/WPL

VERIZON WIRELESS, INC., and
CARLOS RESTREPO,

      Defendants.

**ORDER GRANTING EXTENSION OF TIME**

      Pro se Plaintiff Carl Thymes filed a document entitled "Leave of Court to File Opposition to Defendant Motions to Compel Declaration of Facts in Support of Opposition Docs 117, 118, 119." (Doc. 125.) Under the circumstances, I construe this as a motion to extend the time in which Thymes may file a response in opposition to Verizon's motions to compel (Docs. 100, 101). The motions to compel were filed on January 24, 2017. Because Thymes receives electronic service, he had fourteen days in which to file a response. D.N.M.LR-Civ. 7.4(a). I remind Thymes that he is required to comply with the Federal Rules of Civil Procedure and the Local Rules in prosecuting this case.

      In this instance only, I grant Thymes's motion for an extension of time. Thymes may file his responses to the two motions to compel no later than 5:00 p.m. on February 24, 2017. No additional extensions will be allowed.

      IT IS SO ORDERED.

                                                                                       William P. Lynch
                                                                                       United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.