# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

CARL G. THYMES,

      Plaintiff,

v.                                   CV 16-66 KG/WPL

VERIZON WIRELESS, INC., and
CARLOS RESTREPO,

      Defendants.

## ORDER FOR EXPEDITED BRIEFING

Pro se Plaintiff Carl Thymes filed a motion for mandatory settlement conference pursuant to Local Rule 16.2. (Doc. 129.) The motion appears to be opposed. Under the circumstances, I find that expedited briefing is appropriate on this matter. Defendants shall file their response no later than 12:00 p.m. on **February 27, 2017**. Thymes shall his reply, if any, no later than 5:00 p.m. on **February 28, 2017**.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.