IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARL G. THYMES,

    Plaintiff,

v.                                     CV 16-66 KG/WPL

VERIZON WIRELESS, INC.

    Defendant.

## ORDER FOR EXPEDITED BRIEFING

Defendant Verizon Wireless filed a motion to quash subpoenas and for protective order (Doc. 136) and notices of non-appearance for depositions (Doc. 137). The motion is opposed. Discovery in this matter terminates on March 20, 2017. In the interest of resolving this matter expeditiously and concluding discovery on time, I find that expedited briefing is appropriate. Pro se plaintiff Carl Thymes will file his response, if any, no later than **March 6, 2017**. Verizon will file its reply, if any, no later than 5:00 p.m. on **March 7, 2017**.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.